UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HILLARY K., | Case No. 19-CV-2965 (PJS/KMM) |
| Petitioner, | |
| v. | ORDER |
| DHS-ICE; CHIEF COUNSEL; ATTORNEY GENERAL; SHERBURNE COUNTY SHERIFF, | |
| Respondents. | |

Hillary K., pro se.

Gregory G. Brooker, UNITED STATES ATTORNEY'S OFFICE, for respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated July 13, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

ORDER

Based on the foregoing, and on all of the files and records herein, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus [ECF No. 1] is GRANTED and petitioner shall be immediately released from the respondents' custody subject to appropriate conditions of supervised release.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2020        s/Patrick J. Schiltz
                            Patrick J. Schiltz
                            United States District Judge